In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00185-CV


____________________



TEGRITY CONTRACTORS, INC., Appellant



V.



B AND B CONCRETE CONSTRUCTION, INC. AND


REDWINE ENTERPRISES, INC. a/k/a REDWINE CONSTRUCTION, Appellee






On Appeal from the 136th District Court


Jefferson County, Texas


Trial Cause No. D-177,060






 MEMORANDUM OPINION


 The appellant, Tegrity Contractors, Inc., and the appellees, B and B Concrete
Construction, Inc. and Redwine Enterprises, Inc. a/k/a Redwine Construction, filed a joint
motion to set aside the trial court's judgment and to remand for entry of judgment. The
parties allege they have reached a settlement agreement and ask the Court to set aside the
judgment of the trial court without regard to the merits and remand the case to the trial court
for rendition of judgment in accordance with the parties' agreement. See Tex. R. App. P.
42.1(a)(2)(B). The motion is voluntarily made by the parties prior to any decision of this
Court. See Tex. R. App. P. 42.1(a)(2). No other party filed notice of appeal. 

 We grant the joint motion to set aside the judgment and for remand to the trial court
for entry of judgment. Accordingly, we vacate the judgment of the trial court without
reference to the merits and remand the case to the trial court for rendition of judgment in
accordance with the agreement of the parties.

 VACATED AND REMANDED. 

 _______________________________

 HOLLIS HORTON

 Justice



Opinion Delivered November 19, 2009 

Before McKeithen, C.J., Gaultney and Horton, JJ.